# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF WILLIAM C. BARNETT, by and through his Administrator, ADRIAN BARNETT, WILLIAM CHRISTOPHER BARNETT, KAMYLLE MARIE BARNETT, ADRIAN BARNETT, Mother and Legal Guardian of WILLIAM CORNELIUS BARNETT, a minor, and WILLIAM CENNEDY BARNETT, a minor, | |
| Plaintiffs, | CIVIL ACTION: |
| v. | |
| | **JURY TRIAL DEMANDED** |
| ABNNAH FORBES, PA and JULIA WILSON, MD Defendants. | |

## COMPLAINT

COME NOW, Plaintiffs, and make and file this Complaint against Defendants for violating the laws of the United States pursuant to 42 U.S.C. §1983, for violating the 8th and 14th Amendments of the United States Constitution, and thereby proximately causing or contributing to the pre-death pain and suffering and the wrongful death of William Barnett, on July 22, 2019, at the Fulton County, Georgia Jail in Atlanta, Georgia.

1

# **PARTIES AND JURISDICTION**

1.

Plaintiff Adrian Barnett, the Administrator of the Estate of William C. Barnett, resides in the State of Georgia, and is subject to the jurisdiction of this court.

2.

Plaintiff Adrian Barnett, the mother and legal guardian of William Cornelius Barnett and William Cennedy Barnett, minor children of William C. Barnett resides in the State of Georgia, and is subject to the jurisdiction of this court.

3.

Plaintiff William Christopher Barnett, the adult son of William C. Barnett, resides in the State of Georgia, and is subject to the jurisdiction of this court.

4.

Plaintiff Kamylle Marie Barnett, the adult daughter of William C. Barnett, resides in the State of Georgia, and is subject to the jurisdiction of this court.

5.

Defendant ABNNAH FORBES, PA was a Physician Assistant at the Fulton County Jail in July, 2019. Ms. Forbes is a resident of the state of Georgia, may be served with process in the State of Georgia, and is subject to the jurisdiction of this court.

6.

Defendant JULIA WILSON, MD was the Medical Director at the Fulton County, GA Jail in July, 2019. Dr. Wilson is a resident of the state of Georgia, may be served with process in the State of Georgia, and is subject to the jurisdiction of this court.

7.

Jurisdiction and venue are proper in this court.

## BACKGROUND

8.

Only July 15, 2019, William Barnett was arrested for several misdemeanor charges, and booked into the Fulton County, GA jail.

9.

Prior to July 15, 2019, William Barnett was gainfully employed, and a devoted father of four children.

10.

Prior to July 15, 2019, William Barnett had no known history of cardiac issues or heart problems, and no history of alcoholism or substance abuse.

11.

On July 15, 2019, William Barnett's intake medical screening established that he was not suicidal, had no physical injuries and had no illegal substances in his body.

12.

After the initial medical screening Mr. Barnett was placed in a regular jail cell.

13.

On July 20, 2019, Mr. Barnett received a mental health evaluation in the jail, and he was moved to a different jail cell and placed on suicide watch.

14.

On July 21, 2019, Mr. Barnett was found in his "suicide watch" jail cell, with injuries to his body.

15.

On July 21, 2019 Mr. Barnett was taken to Grady Hospital for treatment of his injuries.

16.

Grady Hospital treated Mr. Barnett for his injuries. Although a CT scan of his head showed no fractures, Mr. Barnett had an extremely low level of potassium in his blood.

17.

On July 21, 2019, Grady Hospital discharged Mr. Barnett back to the Fulton County Jail with <u>strict instructions</u> to monitor Mr. Barnett's potassium, head injury and psychiatry.

18.

When Mr. Barnett returned to the Fulton County Jail on July 21, 2019, his initial medical evaluation performed at the jail by Defendant Abnnah Forbes, PA and reviewed by Defendant Julia Wilson, MD, failed to note Mr. Barnett's low level of potassium on the Grady Hospital discharge instructions.

19.

On July 21, 2019, Defendants failed to check Mr. Barnett's potassium level, and failed to increase his potassium level.

20.

On July 21, 2019, Defendants advised the officers at the Fulton County Jail to place Mr. Barnett back in the suicide watch jail cell with no additional medical observation regarding his low potassium levels.

21.

On the July, 22, 2019 Mr. Barnett's potassium levels were not monitored and he did not receive any potassium from Defendants.

22.

On the evening of July 22, 2019 William Barnett was found unresponsive in his suicide watch jail cell.

23.

An officer at the jail finally noticed that Mr. Barnett was not moving.  He

then called for a "Code Blue."

24.

CPR was then performed on Mr. Barnett in his jail cell until EMS arrived.

25.

Mr. Barnett was taken to Grady Hospital where he was pronounced dead at 5:32pm, July 22, 2019.

26.

William Barnett's medical records revealed that Mr. Barnett had low levels potassium in his blood at the time of his death.

27.

According to a medical expert hired by Plaintiffs the low potassium in Mr. Barnett's blood, which was ignored by Defendants, caused or contributed to Mr. William Barnett's death.

### COUNT I: Liability Under 42 USC § 1983 against Defendant ABNNA FORBES, PA for violating the 8th and 14th Amendments of the United States Constitution

28.

When Mr. Barnett returned to the Fulton County Jail on July 21, 2019, he suffered had a serious medical need of suffering from dangerously low potassium.

29.

Defendant Forbes medically evaluated Mr. Barnett when he was discharged from Grady hospital and returned to the jail on July 21, 2019.

30.

Defendant Forbes ignored and failed to chart Mr. Barnett's low potassium on the medical records routing slip when he was discharged from Grady hospital and returned to the jail on July 21, 2019.

31.

Defendant Forbes ignored and failed to closely monitor Mr. Barnett in a medical environment at the Jail where he could be medically observed for his low potassium on July 21, 2019.

32.

Defendant Forbes ignored and did not test and chart Mr. Barnett's potassium levels when he returned to the Jail after he was discharged from Grady Hospital on July 21, 2019.

33.

Defendant Forbes ignored and failed to give Mr. Barnett any potassium when he returned to the Jail after he was discharged from Grady Hospital on July 21, 2019.

34.

Had Mr. Barnett been closely observed in a medical setting and received proper treatment for his low potassium when he was discharged from Grady Hospital and arrived to the Fulton County Jail on July 21, 2019 his death would have been prevented.

35.

The aforementioned failures by Defendant Forbes clearly contributed to the proximate cause of Mr. Barnett's death.

36.

The aforementioned failures by Defendant Forbes constitute deliberate indifference regarding her medical treatment of William Barnett at the Fulton County Jail in July, 2019.

37.

Accordingly Defendant Abnna Forbes, PA's medical treatment of William Barnett at the Fulton County Jail in July, 2019 violated 42 USC § 1983 as well as the 8th and 14th Amendments of the United States Constitution.

## COUNT II: Liability Under 42 USC § 1983 against Defendant JULIA WILSON,  MD for violating the 8th and 14th Amendments  of the United States Constitution

38.

When Barnett returned to the Fulton County Jail on July 21, 2019 he had a serious medical need of suffering from dangerously low potassium.

39.

Defendant Wilson was the medical director at the Fulton County Jail when Mr. Barnett was discharged from Grady hospital and returned to the jail on July 21, 2019.

40.

Defendant Wilson signed off on and failed to correct Defendant Forbes medical evaluation Mr. Barnett when he was discharged from Grady hospital and returned to the jail on July 21, 2019.

41.

Defendant Wilson failed to ensure the charting of Mr. Barnett's low potassium on the medical records routing slip when he was discharged from Grady hospital and returned to the jail on July 21, 2019.

42.

Defendant Wilson ignored and failed to closely monitor Mr. Barnett in a medical environment at the Jail regarding his low potassium on July 21, 2019.

43.

Defendant Wilson ignored and did not test and chart Mr. Barnett's potassium levels when he returned to the Jail after he was discharged from Grady Hospital on July 21, 2019.

44.

Defendant Wilson ignored and failed to give Mr. Barnett any potassium when he returned to the Jail after he was discharged from Grady Hospital on July 21, 2019.

45.

Had Mr. Barnett been closely observed in a medical setting and received proper treatment for his low potassium when he was discharged from Grady Hospital and arrived to the Fulton County Jail on July 21, 2019, Mr. Barnett's death would have been prevented.

46.

The aforementioned failures by Defendant Wilson clearly contributed to the proximate causes of Mr. Barnett's death.

47.

The aforementioned failures by Defendant Julia Wilson, MD constitute deliberate indifference regarding her medical treatment of William Barnett at the Fulton County Jail in July, 2019.

48.

Accordingly, Defendant Julia Wilson MD's medical treatment of William Barnett at the Fulton County Jail in July, 2019 violated 42 USC § 1983 as well as the 8th and 14th Amendments of the United States Constitution.

## Count III:
## Attorney's Fees

49.

Plaintiffs also seek attorney's fees under 2 U.S.C. § 1988(b), 42 U.S.C. § 12205, and 29 U.S.C. § 794a(b) or their causes of action under 42 U.S.C. § 1983.

**WHEREFORE**, Plaintiffs pray that they have a trial on all issues and judgment against Defendant as follows:

(a)   That Plaintiffs recover the full value of the life of the decedent;

(b)   That Plaintiffs recover for the decedent's pre-death mental and physical pain and suffering, funeral expenses and medical expenses;

(c)    Award reasonable attorney's fees, expenses, and costs of litigation;

(d)    That Plaintiffs recover such other and further relief as is just and proper;

(f)    That all issues be tried before a jury.

This 18th day of February, 2021.

                Respectfully Submitted,

                /s/ Michael D. Harper
                MICHAEL D. HARPER
                Georgia Bar No. 328378
                Attorney for THE ESTATE OF WILLIAM C. BARNETT, by and through his Administrator, ADRIAN BARNETT, WILLIAM CHRISTOPHERBARNETT, KAMYLLE MARIE BARNETT, ADRIAN BARNETT, Mother and Legal Guardian of WILLIAM CORNELIUS BARNETT, a minor, and WILLIAM CENNEDY BARNETT, a minor.

Michael D. Harper, P.C.
3481 Lakeside Dr. NE, Suite 2406
Atlanta, GA 30326
Telephone: (404) 271-6618
Email: mharper@mharperlaw.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

This 18th day of February, 2021.

                        Respectfully Submitted,

                        /s/ Michael D. Harper
                        MICHAEL D. HARPER
                        Georgia Bar No. 328378
                        Attorney for THE ESTATE OF WILLIAM C. BARNETT, by and through his Administrator, ADRIAN BARNETT, WILLIAM CHRISTOPHERBARNETT, KAMYLLE MARIE BARNETT, ADRIAN BARNETT, Mother and Legal Guardian of WILLIAM CORNELIUS BARNETT, a minor, and WILLIAM CENNEDY BARNETT, a minor.

Michael D. Harper, P.C.
3481 Lakeside Dr. NE, Suite 2406
Atlanta, GA 30326
Telephone: (404) 271-6618
Facsimile:  (404) 600-2146
Email: mharper@mharperlaw.com