UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF WILLIAM C. BARNETT, by and through his Administrator, ADRIAN BARNETT, WILLIAM CHRISTOPHER BARNETT, KAMYLLE MARIE BARNETT, ADRIAN BARNETT, Mother and Legal Guardian of W.C.B., a minor, and W.C.B., a minor, Plaintiffs, vs. ABNAH FORBES, P.A., JULIAWILSON, M.D. and NAPHCARE, INC, Defendants. | CIVIL ACTION FILE NO. 1:21-cv-00713-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Defendants' Motion for Summary Judgment, and the court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 18th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ D. Brye
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 18, 2023
Kevin P. Weimer
Clerk of Court

By: S/ D.Brye
Deputy Clerk